IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

---------------------------------------------------------------x
KEVIN A. GADSON, et al.,                          :
                                                  :
           Plaintiffs,                            :
                                                  :
      v.                                          :   Civil Action No. 10-cv-01057-AW
                                                  :
SUPERSHUTTLE INTERNATIONAL, INC., et al.,:
                                                  :
           Defendants.                            :
---------------------------------------------------------------x

**DEFENDANTS' MOTION TO COMPEL ARBITRATION
AND TO DISMISS PLAINTIFFS' AMENDED COMPLAINT**

Defendants' SuperShuttle International Inc., Shuttle Express Corp., Shuttle Express, Inc., SuperShuttle Franchise Corporation, Veolia Transportation, Inc., and Veolia Environnement North America Operations LLC (collectively, the "Defendants'"), hereby move pursuant to the Federal Arbitration Act, 9 U.S.C. § 1 *et seq.* ("FAA") and Federal Rules of Civil Procedure 9(b) and 12(b)(6) to compel the arbitration of all of Plaintiffs' claims in their First Amended Complaint and to dismiss Plaintiffs' First Amended Complaint in its entirety. In support of its Motion, Defendants aver as follows:

1.     Plaintiffs each executed a Unit Franchisee Agreement ("UFA") that contains an arbitration provision that requires Plaintiffs to arbitrate any and all claims "arising out of" the UFAs. Because Plaintiffs' claims are based on their allegations that Defendants misclassified them as independent contractors in the UFAs, or misrepresented certain franchise terms contained in and governed by the UFAs, all of their claims arise out of the UFAs and fit squarely within the scope of the arbitration agreement. Consequently, Plaintiffs should be compelled to arbitrate all of their claims;

2. Plaintiffs' class and collective action claims should be dismissed because they agreed not to bring or participate in any class or collective action against Defendants;

3. Plaintiffs claims should be dismissed in whole or in part because the claims are time-barred;

4. Plaintiffs' Maryland Franchise Law claim should be dismissed for Plaintiffs' failure to aver this claim with the requisite particularity required under the Federal Rules of Civil Procedure; and

5. Defendants SuperShuttle International, Inc., Shuttle Express Corp., SuperShuttle Franchise Corporation, Veolia Transportation, Inc., and Veolia Environment North America Operations LLC should be dismissed because Plaintiffs have not alleged any facts that would support a finding that any of them are proper Defendants in this case.

**WHEREFORE,** for the reasons stated above and in the accompanying Memorandum of Law filed herewith, Defendants respectfully request that the Court grant Defendants' Motion and enter an Order in the form attached, compelling Plaintiffs' claims to arbitration and dismissing Plaintiffs' First Amended Complaint with prejudice.

Dated: June 18, 2010                    Respectfully submitted,

                                         /s/ Russell R. Bruch
                                        Russell R. Bruch, Esq. (Bar No. 17108)
                                        MORGAN, LEWIS & BOCKIUS LLP
                                        1111 Pennsylvania Avenue, N.W.
                                        Washington, DC  20004
                                        202-739-5293
                                        202-739-3001 (fax)
                                        rbruch@morganlewis.com

                                        Christopher A. Parlo, Esq.  *(admitted pro hac vice)*
                                        Melissa C. Rodriguez, Esq.  *(admitted pro hac vice)*
                                        Leni D. Battaglia, Esq.  *(admitted pro hac vice)*
                                        MORGAN, LEWIS & BOCKIUS LLP
                                        101 Park Avenue
                                        New York, NY 10178
                                        212-309-6000
                                        212-309-6001 (fax)
                                        cparlo@morganlewis.com
                                        mcrodriguez@morganlewis.com
                                        lbattaglia@morganlewis.com

                                        *Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on June 18, 2010, I caused to be served by ECF a copy of the foregoing Defendants' Motion to Compel Arbitration and To Dismiss the First Amended Complaint and Proposed Order, on the following counsel for Plaintiffs:

Molly A. Elkin
Gregory McGillivary
David Rickseeker
Diana Nobile
Woodley & McGillivary
1101 Vermont Ave., NW
Suite 1000
Washington, DC 20005

Laura Brown
Arthur Rogers
DC Employment Justice Center
727 15th St. NW, 2nd Floor
Washington, DC 20005

    /s/ Russell R. Bruch
    Russell R. Bruch